MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Ronald & Mary Paul

Chapter 7

Case No. 09-34489

Please Check One:

____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA NA<br>c/o Creditors Bky Svc<br>PO Box 740933<br>Dallas, TX 75374 | 5 | $215.36 | $3.43 |

Date:  January 10, 2011

_(signature)_
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED
11 JAN 12 PM 12:50
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rec #3203